No. 501. DAMPSKIBS SELSK DANNEBROG *v.* J. ARON & COMPANY, INC., ET AL.  October 15, 1923.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Roscoe H. Hupper* for petitioner.  *Mr. Horace L. Cheyney* for respondents.

No. 418. Fox TYPEWRITER COMPANY *v.* UNDERWOOD TYPEWRITER COMPANY.  October 22, 1923.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. Fred L. Chappell* for petitioner.  *Mr. Hans v. Briesen* for respondent.

No. 492. WILLIAM S. BREWER *v.* UNITED STATES.  October 22, 1923.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. William S. Brewer* pro se.  *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Crim* for the United States.

No. 505. WALTER L. ROSS, RECEIVER, ETC. *v.* INDUSTRIAL COMMISSION OF ILLINOIS ET AL.  October 22, 1923.  Petition for a writ of certiorari to the Circuit Court of St. Clair County, Illinois, denied.  *Mr. C. E. Pope* and *Mr. Walter A. Eversman* for petitioner.  No appearance for respondents.

No. 506. J. B. SIMPSON *v.* UNITED STATES.  October 22, 1923.  Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. John J. Sullivan* for petitioner.  *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.